```
         FINE                    Case 3:91-cr-00622-JPV   Document 58   Filed 09/18/12   Page 1 of 1
Closed Due To Statute of Limitations                                                                    Version 7.1   Page  1    of  1
Defendant: Roger Dowling                           U.S. Courts
Amount Paid $ 2,777.00                          Case Inquiry Report
                                              AN391CR000622;  Party Num: N/A;  Payee Code: N/A
Balance $ 12,223.00        Date: 9/14/12      ils: N;  Show Payee Details: N;  Show Transactions: N
```

| Case Number | DCAN391CR000622 | Case Title | USA V. DOWLING | | | | |
|---|---|---|---|---|---|---|---|

**Summary Party Information:**

| Party# | Party Code | Party Name | Account Code | Debt Type | JS Account # | Total Owed | Total Collected | Total Outstanding |
|---|---|---|---|---|---|---|---|---|
| 001 | CONV001692 | ROGER DOWLING | CONV00000910 | SPECIAL PENALTY ASSESSMENT | | 50.00 | 50.00 | 0.00 |
| 001 | CONV001692 | ROGER DOWLING | CONV00000910 | FINE-CRIME VICTIMS FUND | | 2,777.00 | 2,777.00 | 0.00 |
| | | | | | | 2,827.00 | 2,827.00 | 0.00 |

**Registry Information:**

| Depository Code | Depository Name | Account Type | Account Number | Depository Total |
|---|---|---|---|---|